IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICARDO NOAIN,** | § | **CIVIL ACTION NO. 18-1303** |
| on behalf of himself and a class of those | § | |
| similarly situated, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **COLLECTIVE ACTION** |
| | § | |
| **RITRAN, INC., dba International** | § | |
| **House of Pancakes,** | § | |
| | § | |
| **Defendant.** | § | |

## UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE JUDGE SCHOLER:

I, Philip J. Moss, attorney for Plaintiff Ricardo Noain, file this unopposed Motion to Withdraw as Attorney of Record pursuant to Local Rule 83.12. I respectfully request this Court issue an order permitting my withdrawal from representing Plaintiff.

This request is made on the grounds that as of Friday, July 6, 2018, I will no longer be employed by the Equal Justice Center. The Plaintiff will continue to be represented by Equal Justice Center attorney and lead counsel Shana Khader.

Ms. Alexander's contact information is as follows:

> Shana Khader
> Texas State Bar No. 24099860
> skhader@equaljusticecenter.org
> EQUAL JUSTICE CENTER
> 1250 W. Mockingbird Ln., Ste. 455
> Dallas, Texas 75247
> Tel (469) 228-4238
> Fax (469) 941-0861

As the attorney in charge, Shana Khader will continue to be responsible for the lawsuit and will be the attorney to receive all communications from the Court and from other parties.

For these reasons, I respectfully request this Court grant my motion to withdraw as attorney for Plaintiff.

Dated:  June 26, 2018.

Respectfully submitted,

*/s/ Philip J. Moss*
Philip J. Moss
Texas Bar #: 24074764
EQUAL JUSTICE CENTER
8301 Broadway St., Ste. 309
San Antonio, TX  78209
Tel. (210) 308-6222, ext. 102
Fax (210) 308-6223
pmoss@equaljusticecenter.org

Shana Khader
Texas State Bar No. 24099860
skhader@equaljusticecenter.org
EQUAL JUSTICE CENTER
1250 W. Mockingbird Ln., Ste. 455
Dallas, Texas 75247
Tel (469) 228-4238
Fax (469) 941-0861

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

This is to certify that on June 24, 2018. Plaintiff's counsel conferred by email with counsel for Defendant, and they indicated that the Defendant was unopposed to this motion.

/s/ Philip J. Moss<br>Philip J. Moss

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2018, I transmitted the attached document to the Clerk of Court using the ECF system to the parties below:

>  Kimberly S. Moore
>  Clark Hill Strasburger
>  2600 Dallas Parkway
>  Suite 600
>  Frisco, Texas 75034
>  Kim.moore@clarkhillstrasburger.com
>
>  Attorney for Defendant

/s/ Philip J. Moss<br>Philip J. Moss