IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICARDO NOAIN,<br>on behalf of himself and a class of those<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RITRAN, INC., dba International<br>House of Pancakes,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>Civil Action No. 18-1303<br><br>COLLECTIVE ACTION |

## JOINT MOTION FOR ENTRY OF AGREED
## CONFIDENTIALITY AND PROTECTIVE ORDER

COME NOW Plaintiff Ricardo Noain ("Plaintiff") and Defendant Ritran, Inc., d/b/a International House of Pancakes ("Defendant"), and file their Joint Motion for Entry of Agreed Confidentiality and Protective Order, respectfully showing the Court the following:

The parties have agreed on the terms of a Confidentiality and Protective Order (the "Order"), attached hereto as Exhibit "A," and respectfully request that the Court enter the Order.

FOR THESE REASONS, Plaintiff and Defendant respectfully pray that this Court enter the Agreed Confidentiality and Protective Order attached hereto as Exhibit "A."

Respectfully submitted:

/s/ *Shana Khader*
**Shana Khader**
Texas Bar No. 24099860
1250 W. Mockingbird Lane
Suite 455
Dallas, TX 75247
Tel: (469) 228-4226
Fax: (469) 941-0861
skhader@equaljusticecenter.org

**EQUAL JUSTICE CENTER**

**ATTORNEY FOR PLAINTIFF**

/s/ *Kimberly S. Moore*
**KIMBERLY S. MOORE**
State Bar No. 00784629
kim.moore@clarkhillstrasburger.com
**TOLU O. BABADE**
State Bar No. 24091231
tolu.babade@clarkhillstrasburger.com

**CLARK HILL STRASBURGER**
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
RITRAN INC., d/b/a International House of Pancakes**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of May, 2019, a true and correct copy of the foregoing was filed utilizing the Court's ECF system and all parties of record were notified.

/s/ *Kimberly S. Moore*
Kimberly S. Moore