UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## Alternative Dispute Resolution Summary

1. Civil Action number: 3:18-CV-1303-K

2. Style of Case: *Ricardo Noain, on behalf of himself and a class of those similarly situated v. Ritran, Inc., dba International House of Pancakes*

3. Nature of suit: FLSA

4. Method of ADR used: Mediation

5. Date of ADR session: June 4, 2019

6. Outcome of ADR: Settled as a result of ADR

7. TOTAL fee: $6,000.00

8. Duration of ADR: one day

9. Please list persons in attendance:

   Kimberly S. Moore
   Morgan Grob
   Sebastian Cabrera
   Poppy Pizzichelli
   Reema Ali
   Shana Khader
   Aaron Johnson
   Richardo Noain

Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.

10. Provider information:

    _____           June 5, 2019
    Signature

    1717 Main Street, Suite 5550, Box 39     Telephone: (214) 653-4360
    Dallas, Texas 75201-4639                 Facsimile: (214) 653-4343

Name and Address of Counsel:

Shana Khader
Equal Justice Center
1250 W. Mockingbird Lane
Suite 455
Dallas, Texas  75247
469.228.4226

Aaron Johnson
Equal Justice Center
1250 W. Mockingbird Lane
Suite 455
Dallas, Texas  75247
469.228.4226

Kimberly S. Moore
Clark Hill Strasburger
2600 Dallas Parkway, Suite 600
Frisco, Texas  75034
469.287.3900

N:\! MEDIATION\8504.2487 Noain v. Ritran\Northern District Summary Report.wpd