### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **RICARDO NOAIN,** | § | |
| **on behalf of himself and a class of those** | § | |
| **similarly situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 18-1303** |
| | § | |
| **RITRAN, INC., dba International** | § | **COLLECTIVE ACTION** |
| **House of Pancakes,** | § | |
| | § | |
| **Defendant.** | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Named Plaintiff, Ricardo Noain, and Opt-In Plaintiffs Felicia Petty, Marsue Walker, Kirsten Fendley, Carmen Gagnon, Sebastian Cabrera, Gabriel Noain, Charles Williams, Shelby Wantland, Patsy Olguin, Kimberly Williams, Amber Lynch, Natasha Dean, and Destiny Smith (together "Plaintiffs") and Defendant Ritran, Inc., d/b/a International House of Pancakes ("Defendant")(collectively the "Parties"), and file this, their Agreed Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

### I.

This lawsuit arises from a dispute between Plaintiffs and Defendant regarding alleged unpaid compensation. Plaintiffs and Defendant have resolved all claims asserted in the above-referenced lawsuit. There are no longer any issues in this matter between Plaintiffs and Defendant to be determined by this Court. Plaintiffs and Defendant agree that all claims against Defendant which were asserted in this action, including all FLSA claims in Plaintiffs' individual or in a representative capacity, should be dismissed with prejudice.

Therefore, the Parties stipulate that all claims by Plaintiffs against Defendant are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an order dismissing this action with prejudice.

**AGREED AS TO FORM AND SUBSTANCE:**

Respectfully submitted:


| | |
|---|---|
| */s/ Shana Khader* | */s/ Kimberly S. Moore* |
| **Shana Khader** | **KIMBERLY S. MOORE** |
| Texas Bar No. 24099860 | State Bar No. 00784629 |
| 1250 W. Mockingbird Lane | kim.moore@clarkhillstrasburger.com |
| Suite 455 | **TOLU O. BABADE** |
| Dallas, TX 75247 | State Bar No. 24091231 |
| Tel: (469) 228-4226 | tolu.babade@clarkhillstrasburger.com |
| Fax: (469) 941-0861 | **CLARK HILL STRASBURGER** |
| skhader@equaljusticecenter.org | 2600 Dallas Parkway |
| | Suite 600 |
| **EQUAL JUSTICE CENTER** | Frisco, Texas 75034 |
| | 469.287.3900 |
| **ATTORNEY FOR PLAINTIFFS** | 469.287.3999 Fax |

**ATTORNEYS FOR DEFENDANT
RITRAN INC., d/b/a International House of Pancakes**


## CERTIFICATE OF SERVICE

I hereby certify that on this, the 31st day of July, 2019, the above and foregoing was filed utilizing the Court's ECF system and notification was given to Plaintiffs' counsel via same in accordance with the Federal Rules of Civil Procedure.

*/s/ Kimberly S. Moore*
**KIMBERLY S. MOORE**